Clayton P. Brust, Esq. (SBN 5234)
**ROBISON, BELAUSTEGUI, SHARP & LOW**
71 Washington Street
Reno, Nevada 89503
Tele: 775.329.3151
Facsimile: 775.329.7941
Attorneys for Plaintiff
Bullion Monarch Mining, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BULLION MONARCH MINING, INC., a Utah corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>NEWMONT USA LIMITED, a Delaware corporation, d/b/a NEWMONT MINING CORPORATION, BARRICK GOLD CORPORATION, BARRICK GOLDSTRIKE MINES, INC. and DOES I-X, inclusive,<br><br>    Defendant(s)._____/<br>NEWMONT USA LIMITED, a Delaware Corporation, dba NEWMONT MINING CORPORATION,<br><br>    Counterclaimant,<br><br>    vs.<br><br>BULLION MONARCH MINING, INC., a Utah corporation.<br><br>    Counterdefendant._____/ | CASE NO. **CV-N-08-00227-ECR-VPC** |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Bullion

Monarch Mining, Inc., and Defendant Barrick Gold Corporation, by and through their undersigned counsel, that the claims against Barrick Gold Corporation in the above-entitled action may be, and hereby are, dismissed without prejudice, and each party to pay their own costs and attorney fees.

Dated this 27th day of July, 2009.

Robison, Belaustegui, Sharp & Low

By /s/ Clayton P. Brust
Clayton P. Brust, Esq.
*Attorneys for Plaintiff*
*Bullion Monarch Mining, Inc.*

Dated this 24th day of July, 2009.

Parsons Behle & Latimer

By: s/Michael P. Petrogeorge
Michael P. Petrogeorge, Esq.
Brandon J. Mark, Esq.
Francis Wikstrom, Esq.
Michael Kealy, Esq.
*Attorneys for Defendants*
*Barrick Goldstrike Mines, Inc.,*
*and Barrick Gold Corporation*

## ORDER

**IT IS SO ORDERED.**

IT IS FURTHER ORDERED that Defendant Barrick Gold Corporation's Motion to Dismiss (#70) is DENIED as moot.

Dated this 28th day of July, 2009.

Edward C. Reed
UNITED STATES DISTRICT JUDGE