1

2

*Prepared and Submitted by*:
PARSONS BEHLE & LATIMER

3

Michael R. Kealy (Nevada Bar No. 0971)
50 West Liberty Street, Suite 750

4

Reno, NV  89501
Telephone:     (775) 323-1601

5

Facsimile:     (775) 348-7250

6

Francis M. Wikstrom (Utah Bar No. 3462; admitted *pro hac vice*)
Michael P. Petrogeorge (Utah Bar No. 8870; admitted *pro hac vice*)

7

Brandon J. Mark (Utah Bar No. 10439; admitted *pro hac vice*)
One Utah Center

8

201 South Main Street, Suite 1800
Salt Lake City, UT  84111

9

Telephone:     (801) 536-6700
Facsimile:     (801) 536-6111

10

Email: ecf@parsonsbehle.com

11

*Attorneys for Defendants Barrick Goldstrike Mines Inc.*

12

IN THE UNITED STATES DISTRICT COURT

13

FOR THE DISTRICT OF NEVADA

14

15

BULLION MONARCH MINING, INC.,

16

Bullion Monarch,

17

v.

18

NEWMONT USA LTD., *et al.*,

19

Defendants.

20

Case No.  CV-N-08-00227-ECR-VPC

**ORDER GRANTING PLAINTIFF'S MOTION TO SEVER CLAIMS AGAINST BARRICK GOLDSTRIKE MINES**

21

//

22

//

23

24

Based on Plaintiff's Motion to Sever Claims Against Barrick Goldstrike Mines (Dkt. #89),

25

Defendant Barrick Goldstrike Mines, Inc.'s Concurrence in Plaintiff's Motion to Sever Pursuant

26

to Rule 21 (Dkt. #90), and Defendant Newmont USA Limited's Non-Opposition to Plaintiff's

27

Motion to Sever Claims Against Barrick Goldstrike Mines (Dkt. #96), and good cause appearing

28

therefor,

PARSONS
BEHLE &
LATIMER

1    IT IS HEREBY ORDERED that Plaintiff's motion is granted.

IT IS SO ORDERED:

Edward C. Reed.
_____

DATED: _August 26, 2009

Case No. 3:08-cv-00227-ECR-VPC