# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BULLION MONARCH MINING, | ) | 3:08-CV-0227-ECR (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | November 13, 2009 |
| NEWMONT USA LIMITED, | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Bullion Monarch's expedited motion shortening time (#174) re motion for leave to affidavit and motion for partial summary judgment under seal is **GRANTED**.

Plaintiff filed a motion for leave to file affidavit and motion for partial summary judgment under seal (#173). Defendant filed a notice of non-opposition (#176). Therefore, plaintiff's motion for leave to file affidavit and motion for partial summary judgment under seal (#173) is **GRANTED**.

Defendant filed a motion for leave to file motions for summary judgment and supporting affidavits under seal (#175). Plaintiff filed a notice of non-opposition (#177). Therefore, defendant's motion for leave to file motions for summary judgment and supporting affidavits under seal (#175) is **GRANTED**.

**IT IS SO ORDERED**.

LANCE S. WILSON, CLERK

By:      /s/
        Deputy Clerk