☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 19 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BULLION MONARCH MINING, INC., | 3:08-CV-0227-ECR-VPC |
| Plaintiff, | |
| vs. | **ORDER** |
| NEWMONT USA LIMITED, | |
| Defendants. | |

A transcript of the October 5, 2009 discovery status conference (#152) and July 1, 2010 motions hearing (#261) both held before this Court shall be prepared for the Court's review.

**IT IS SO ORDERED.**

DATED: July 19, 2010.

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE