UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| BULLION MONARCH MINING, INC., a Utah corporation, | 3:08-cv-00227-ECR-VPC |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | |
| NEWMONT USA LIMITED, a Delaware corporation, d/b/a NEWMONT MINING CORPORATION, and DOES I-X, inclusive, DOES I-X, inclusive, | DATE: September 15, 2010 |
| Defendant(s). | |
| NEWMONT USA LIMITED, a Delaware corporation, d/b/a NEWMONT MINING CORPORATION, | |
| Counterclaimant | |
| vs. | |
| BULLION MONARCH MINING, INC., a Utah corporation, | |
| Counterdefendant. | |

PRESENT:      EDWARD C. REED, JR.                              U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN         Reporter:       NONE APPEARING

Counsel for Plaintiff(s)                   NONE APPEARING

Counsel for Defendant(s)                   NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Affidavit; Supplement to Bullion's Motion for Partial Summary Judgment; and Supplements to Oppositions to Newmont's Various Motions Under Seal (#288) is **GRANTED**.

LANCE S. WILSON, CLERK
By         /s/
            Deputy Clerk